FILED

07 SEP -5 AM 10:01

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$55,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | Civil No. '07 CV 1712 JAH WMc<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

    Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant property during the time it remains in the custody of this Court under its process herein,

    IT IS HEREBY ORDERED that upon the arrest of the defendant property, the United States Marshal shall be custodian of the defendant property on behalf of this Court until further order, and

    IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency in the Seized Assets Deposit Account which shall be substituted as the res in this action.

DATED: 8-30-07

_____
UNITED STATES DISTRICT JUDGE